UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

MOHAMED RASHED DAOUD AL-'OWHALI,

                 Defendant-Movant,

     - v. –

UNITED STATES OF AMERICA,

                 Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**ECF CASE**

**NOTICE OF APPEARANCE AND
REQUEST FOR ELECTRONIC
NOTIFICATION**

**20 Civ. 0832 (LAK)**

TO:     Clerk of Court
         United States District Court
         Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in the above-captioned case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                         Respectfully submitted,

                         GEOFFREY S. BERMAN
                         United States Attorney for the
                         Southern District of New York

                     by: /s/ Stephen J. Ritchin
                         Stephen J. Ritchin
                         Assistant United States Attorney
                         (212) 637-2503